No. 299. UNITED STATES *v.* GERLACH LIVE STOCK CO.;

No. 300. UNITED STATES *v.* POTTER;

No. 301. UNITED STATES *v.* ERRECA;

No. 302. UNITED STATES *v.* JAMES J. STEVINSON (A CORPORATION);

No. 303. UNITED STATES *v.* STEVINSON; and

No. 304. UNITED STATES *v.* 3–H SECURITIES CO. These cases are ordered restored to the docket for reargument.

No. 13, Original. UNITED STATES *v.* LOUISIANA, 337 U. S. 902. The petition for rehearing is denied. The objections to the granting of leave to file the complaint are overruled and the State of Louisiana is directed to answer the allegations of the complaint within the time specified in the subpoena, otherwise the plaintiff may proceed *ex parte*. Rule 6, par. 2 and 3. MR. JUSTICE JACKSON took no part in the consideration or disposition of the petition for rehearing. *Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, *John L. Madden,* Assistant Attorney General, *L. H. Perez* and *F. Trowbridge vom Baur* for defendant.

No. 500. UNION NATIONAL BANK *v.* LAMB; 337 U. S. 38. Petition for rehearing and alternative request for modification of the opinion denied.

No. 582, Misc. STEPHENSON *v.* NEW JERSEY;

No. 601, Misc. IN RE GRUETTER;

No. 606, Misc. GIBSON *v.* LAINSON, WARDEN;

No. 607, Misc. ROBERTS *v.* HEINZE, WARDEN; and

No. 619, Misc. JOYNER *v.* WRIGHT, WARDEN. The motions for leave to file petitions for writs of habeas corpus are severally denied.